UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYISHA G. OGLIVIE,

              Plaintiff,

-v-

              CIVIL ACTION NO. 25 Civ. 3436 (VSB) (SLC)

**ORDER**

SPAR MARKETING FORCE, INC.,

              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial supervision and a report and recommendation on Spar Marketing Force, Inc.'s ("Defendant") motion to compel arbitration (Dkt. No. 13 (the "Motion")). (Dkt. No. 18). On or before **October 7, 2025**, Plaintiff Ayisha G. Oglivie shall file any opposition to the Motion. On or before **October 21, 2025**, Defendant shall file any reply in further support of the Motion.

Dated:      New York, New York
              September 9, 2025

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    United States Magistrate Judge