UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYISHA G. OGLIVIE,

                Plaintiff,

-v-

SPAR MARKETING FORCE, INC.,

                Defendant.

CIVIL ACTION NO. 25 Civ. 3436 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 19, Plaintiff Ayisha G. Oglivie's ("Ms. Oglivie") opposition to the motion of Defendant Spar Marketing Force, Inc. ("Defendant") to compel arbitration (Dkt. No. 13 (the "Motion")) was due on October 7, 2025. (Dkt. No. 19). To date, Ms. Oglivie has not responded to the Motion. As a one-time courtesy, the Court *sua sponte* **EXTENDS** Ms. Oglivie's deadline to respond to the Motion to **October 24, 2025**. The Court also **EXTENDS** Defendant's deadline to file a reply to **November 7, 2025**.

Ms. Oglivie is warned that failure to oppose the Motion by **October 24, 2025** will result in the Court deeming the Motion unopposed and deciding the Motion based on Defendant's submission alone.

Dated:    New York, New York
            October 10, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge