UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYISHA G. OGLIVIE,

                Plaintiff,

-v-

SPAR MARKETING FORCE, INC.,

                Defendant.

CIVIL ACTION NO. 25 Civ. 3436 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 5, 2025, Defendant Spar Marketing Force, Inc. ("Defendant") filed a motion to compel arbitration. (Dkt. No. 13 (the "Motion")). Pursuant to the Court's Order at Dkt. No. 19, Plaintiff Ayisha G. Oglivie's ("Ms. Oglivie") deadline to respond to the Motion was October 7, 2025. (Dkt. No. 19). On October 10, 2025, Ms. Oglivie having not responded to the Motion, as a one-time courtesy, we sua sponte extended her deadline to respond to the Motion to October 24, 2025 and warned her that failure to timely respond to the Motion will result in the Court deeming the Motion unopposed and deciding it based on Defendant's submission alone. (Dkt. No. 20). To date, Ms. Oglivie has not responded to the Motion. Accordingly, we deem the Motion unopposed and will issue a decision based on Defendant's submission in due course.

Dated:    New York, New York
            October 30, 2025           SO ORDERED.

                                                                 _____
                                                                 SARAH L. CAVE
                                                                 United States Magistrate Judge