UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYISHA G. OGLIVIE,

                          Plaintiff,

    -v-

SPAR MARKETING FORCE, INC.,

                         Defendant.

CIVIL ACTION NO. 25 Civ. 3436 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 19, 2025, the Court, by Opinion and Order, (i) granted the motion to compel arbitration filed by Defendant Spar Marketing Force, Inc. ("Defendant"); (ii) compelled pro se Plaintiff Ayisha G. Oglivie ("Ms. Oglivie") to arbitrate the ADA Claims, pursuant to the Arbitration Agreement; (iii) stayed the action during the pendency of the Arbitration; and (iv) ordered Defendant to file a joint letter setting forth the status of the Arbitration by January 20, 2026, and every 60 days thereafter until the Arbitration has concluded. (Dkt. No. 22).[1] On January 20, 2026, Defendant filed a letter informing the Court that Ms. Oglivie has not yet initiated any arbitration proceeding against Defendant. (Dkt. No. 23 (the "Letter")). On January 21, 2026, the Court ordered Ms. Oglivie to file a response to the Letter by February 19, 2026. (Dkt. No. 24). To date, Ms. Oglivie has not filed a response to the Letter. As a one-time courtesy, the Court sua sponte **EXTENDS** Ms. Oglivie's deadline to file a response to the Letter to **March 11, 2026**.

---

[1] Unless otherwise stated, all capitalized terms shall take the meaning ascribed to them in the Court's Opinion and Order, dated November 19, 2025. (Dkt. No. 22).

2

The Court warns Ms. Oglivie that failure to file a response to the Letter by **March 11, 2026**
may result in the undersigned recommending that the Court dismiss this action for failure to
prosecute.

Dated:      New York, New York
            February 25, 2026               SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge